NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

20-173 c/w 20-172

STATE OF LOUISIANA

VERSUS

AKEELEY KESHAWN BLADE

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 333,496
HONORABLE LOWELL C. HAZEL, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

D. KENT SAVOIE
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Elizabeth A. Pickett, Billy Howard Ezell, and D. Kent Savoie, Judges.

AFFIRMED WITH INSTRUCTIONS.

**J. Phillip Terrell, Jr.**
**District Attorney,**
**Ninth Judicial District Court**
**P. O. Box 7358**
**Alexandria, La. 71306-7358**
**(318) 473-6650**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
      **State of Louisiana**

**Catherine L. Davidson**
**Assistant District Attorney**
**P. O. Box 7358**
**Alexandria, La. 71306-7358**
**(318) 473-6650**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
      **State of Louisiana**

**Michael A. Brewer**
**Law Office of Michael A. Brewer**
**2030 Jackson Street**
**Alexandria, La. 71301**
**(318) 443-4006**
**COUNSEL FOR DEFENDANT/APPELLANT:**
      **Akeeley Keshawn Blade, Jr.**

**SAVOIE, Judge.**

This matter is consolidated with docket number 20-172. For the reasons set forth in *State v. Blade*, 20-172 (La.App. 3 Cir. __/__/__), ___ So.3d ___, we affirm Defendant's conviction and sentence of thirty years for second degree robbery, a violation of La.R.S. 14:64.4.

In addition, after reviewing the record, we find that the trial court's minutes herein require correction. Specifically, the trial court's minutes reflect that Defendant was convicted of conspiracy to commit second degree *murder* instead of second degree *robbery*, and should be corrected accurately reflect Defendant's conviction.

### DECREE

Defendant's conviction and sentence of thirty years for second degree robbery, a violation of La.R.S. 14:64.4, is hereby affirmed. The trial court is instructed to correct the court minutes to accurately reflect Defendant's conviction of conspiracy to commit second degree robbery, rather than conspiracy to commit second degree murder.

**AFFIRMED WITH INSTRUCTIONS.**